## AMENDMENT TO AGREEMENT AND RELEASE

This Amendment to Agreement ("Amendment") amends and replaces the release in Paragraph 7 of the Agreement between **ITALUBI SANCHEZ GOMEZ and RODOLFO ALMAZO-HERNANDEZ** (hereinafter referred to as "Plaintiffs") on the one hand, and **LUCKY 99 CENT SHOP INC. and XIAN CE ZHOU** (hereinafter collectively referred to as "Defendants") on the other hand, regarding the settlement of the federal action against Defendants in the Southern District of New York, United States District Court, bearing Docket No.: **20-CV-425**, alleging wage and hour violations under the Federal Labor Standards Act and New York Labor Law.

**WHEREAS**, the parties submitted a fully executed Agreement and Release for the Court's review on December 23, 2020 [Docket No. 28-1];

**WHEREAS**, the parties appeared for a telephonic fairness hearing before The Honorable District Judge Lewis J. Liman on January 8, 2021 and submit this Amendment pursuant to the discussion held during said fairness hearing;

**WHEREAS**, this Amendment shall become effectively immediately upon execution and approval of the Court and has no effect on all other terms and conditions previously agreed to by the parties in the Agreement;

**WHEREAS**, counsel for their respective parties have been authorized to execute this Amendment on behalf of their clients;

**NOW, THEREFORE**, in consideration of the mutual promises contained in the Agreement, Defendants and Plaintiffs, having been represented by counsel, agree to amend Paragraph 1(a) of the Agreement as follows:

1. **Payment**

In lieu of incurring further litigation costs associated with defending the action commenced against them by Plaintiffs and in consideration for Plaintiffs' execution of this Agreement, which includes a release, and as full, complete, and final settlement and satisfaction of any and all claims Plaintiffs have, had, claims, or claimed to have relating to this action against Defendants through the execution of this Agreement, including all counsel fees and costs incurred by Plaintiffs, Defendants agree to the following payment terms:

   a. Defendants shall cause Plaintiffs to be paid the gross sum of seventy thousand dollars ($70,000.00), inclusive of attorneys' fees and costs ("Settlement Funds"), within fourteen (14) days of the Court's approval of this Agreement, payable as follows:

i. One certified or bank check in the amount of **twenty thousand one hundred eighty-two dollars ($20,182.00)** made payable to Italubi Sanchez Gomez.

ii. One certified or bank check in the amount of **twenty-six thousand and two dollars ($26,002.00)** made payable to Rodolfo Almazo-Hernandez.

iii. One certified or bank check in the amount of **twenty-three thousand eight hundred sixteen dollars ($23,816.00)** made payable to Helen F. Dalton & Associates, P.C., as attorneys for Plaintiffs.

Dated: January 11, 2021

Helen F. Dalton & Associates, P.C.
*Attorneys for Plaintiff*

*James O'Donnell*
James O'Donnell, Esq.

Dated: January 11, 2021

Hang & Associates, PLLC
*Attorneys for Defendants*

Ge Qu, Esq.

SO ORDERED on the 13 of January, 2021

The Honorable District Judge Lewis J. Liman

For the reasons discussed on the record at the January 8, 2021 hearing, the Settlement Agreement and its Amendment are APPROVED as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

The Clerk of Court is directed to close Dkt. No. 28 and to terminate the action.